Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164
Alan J. Reinach, of counsel SBN 196899

Attorneys for Plaintiff:  JEAN BORNSTEIN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEAN BORNSTEIN,<br><br>            Plaintiff,<br><br>  v.<br><br>EDISON SCHOOL DISTRICT,<br><br>            Defendant. | CASE NO. 1:09-CV-00717-AWI-JLT<br><br>**STIPULATION AND ORDER TO TOLL 90 DAY LIMITATIONS ON RIGHT TO SUE, AND TO AMEND COMPLAINT** |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that Plaintiff Jean Bornstein's 90 day time period for filing her claims in court with respect to EEOC Charge No. 37A200907078, a copy of which is annexed hereto, and incorporated herein, dated December 4, 2008 and a right to sue letter dated October 27, 2009 but received at the Law Office of Alan Reinach on November 3, 2009, and by the Plaintiff on November 4, 2009, and incorporated herein is tolled and extended to and including March 15, 2010, in order to give the parties sufficient time to conclude ongoing settlement negotiations, including attendance at a scheduled settlement conference with Magistrate Judge Beck on February 17, 2010.

   It is further stipulated and agreed that in the event a settlement is not concluded, Defendant hereby consents to the filing of an amended complaint by Plaintiff Bornstein, pursuant to F.R.C.P. Rule 15 (a) (2), to include facts and claims based on the above referenced EEOC Charge.

```
  /s/ Leonard Herr                        Dated:  January 28, 2010
Leonard Herr, Attorney for
Defendant Edison School District



  /s/ Jacob M. Weisberg                   Dated:  January 28, 2010
Jacob M. Weisberg,
Attorney for Plaintiff Jean Bornstein
```

**ORDER**

GOOD CAUSE APPEARING, it is so Ordered.

Date: January 29, 2010                    _/s/ Jennifer L. Thurston_____
                                          U.S. Magistrate Judge