Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164
Alan J. Reinach, of counsel SBN 196899

Attorneys for Plaintiff:  JEAN BORNSTEIN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| JEAN BORNSTEIN,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>EDISON SCHOOL DISTRICT,<br><br>　　　　　　　Defendant. | CASE NO. 1:09-CV-00717-AWI-JLT<br><br>**STIPULATION OF ENTRY OF DISMISSAL OF EDISON SCHOOL DISTRICT AND ORDER** |
|---|---|

　　　　On June 1, 2010, a Settlement Agreement and Release of All Claims was made and entered into by and between JEAN BORNSTEIN (hereinafter "Plaintiff") and Defendant EDISON SCHOOL DISTRICT (hereinafter "Defendant").

　　　　In accordance with the provisions of the Settlement Agreement, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRP 41(a)(1), and that each party will bear their own attorney's fees and costs.

　　　　Dated: June 23, 2010　　　　　　　　　　LAW OFFICE OF JACOB M. WEISBERG


　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jacob M. Weisberg_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jacob M. Weisberg, Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEAN BORNSTEIN

Dated: June 23, 2010

DOOLEY, HERR, PELTSER AND RICHARDSON, LLP

By: /s/ Leonard Herr
Leonard Herr, Attorneys for Defendant,
EDISON SCHOOL DISTRICT

**ORDER**

IT IS SO ORDERED.

Dated:   June 25, 2010   _____
CHIEF UNITED STATES DISTRICT JUDGE

-2-

**Bornstein v. Edison School District**   **Stipulation of Entry of Dismissal**
**Case No. 1:09-CV-00717-AWI-JLT**